**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

                                      Case No. 9:14-bk-12093-FMD
                                      Chapter 13

IN RE:

David M. Baker
Patricia L. Baker

    Debtor(s)
_____/

**ORDER RESERVING RULING ON TRUSTEE'S MOTION**
**TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**
**TO TRUSTEE AND GRANTING PERIOD TO CURE DEFAULT**

This matter came on for consideration, for the purpose of the entry of an appropriate Order in the above named Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Make Plan Payments (Doc#31). The Court having reviewed the motion and based upon the facts set forth above, it is

**ORDERED** as follows:

1. The Debtor(s) shall make the March 14, 2015 & April 14, 2015 payments of $522.00 each, both on time. The Debtor(s) shall also cure all delinquencies and bring all payments current under the Plan by paying to the Chapter 13 Trustee the additional sum of $1610.00 on or before May 14, 2015, which amount includes the May, 2015 payment. Notwithstanding the foregoing, nothing contained in this order relieves the Debtor(s) of the obligation to be current with all plan payments at the time of the confirmation hearing as a means of demonstrating that the plan is feasible.

2. In the event Debtor(s) fail to timely make payments as mentioned above and to cure arrearages as herein provided, the Trustee shall, without further notice to the Debtor(s), submit for this Court's consideration an Order dismissing this case.

3. Assuming the Debtor(s) bring all payments to the Trustee current pursuant to

Paragraph 1 above, the Court will reserve ruling on the Trustee's Motion to Dismiss and the entry of this Order shall constitute final notice to the Debtor(s) that in the event payments to the Trustee hereafter become more than thirty (30) days delinquent, the Trustee shall, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

    4.   In the event the Debtor(s) complete all of the required payments under the Plan, the Court will deny the Trustee's Motion to Dismiss as moot by separate order.

**DONE** AND **ORDERED** at Tampa, Florida on _____March 02, 2015_____.

_____
Caryl E. Delano
United States Bankruptcy Judge

Chapter 13 Trustee, Jon M. Waage is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

JMW/av                    C13T  2/27/15